DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERNANDO JOSE NUNEZ,**
Appellant,

v.

**LISA DANA HARRIS** a/k/a **LISA DANA TONG,**
Appellee.

No. 4D17-2842

[May 17, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 502002DR004977XXPAFD.

Fernando José Nuñez, Lake Worth, pro se.

Erskine C. Rogers, III, of Hicks & Motto, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***